# Exhibit 4

# Email workflow automation to personalize customer engagement

From welcoming your contacts to engaging them through your journey, creating a good brand impression is only possible with the right plan. Email workflows from Zoho Campaigns help you customize strategies that work well for all your email marketing scenarios. Just pick your strategy, set up a workflow, and activate it, and let our workflows do the rest!

GET STARTED



# Simplify your email marketing with pre-built workflow templates

Wondering how to lay out the perfect engagement plan for your business? Zoho Campaigns' pre-designed email workflow templates make the task easier than ever. From user onboarding to follow-up emails and re-engagement campaigns,

everything you need is at the tip of your fingers.



# Tailor your email workflow with our drag-

# and-drop builder

Want to draw different paths for your workflow for varied user behaviors? You can always customize it using the drag-and-drop builder. Add actions and emails, define how and when a contact should enter and leave your workflow, and more.



# Nurture your contacts with relevant

# information

Give your contacts the information they want during each stage of the sales funnel. Design your email marketing workflow with elements that let you filter and send emails to your subscribers, assign scores, and more based on their previous interactions. You can also push the data to your CRM software to keep your sales team informed about a contact's progress.





# Customize your workflow based on recipient

# responses

Learn how contacts engage with your emails and cater to them based on their interests and behaviors. The Reply Tracking feature from Zoho Campaigns lets you track your campaign recipients' responses and draw unique workflow paths to those who reply to emails. Run targeted workflow actions such as adding them to a different mailing list, sending them a personalized email series, assigning scores, and more.



# Workflows designed for your ecommerce

# store

Connect your Shopify, WooCommerce, BigCommerce, and Zoho Commerce store with Zoho Campaigns to automate email communication with your store audience based on their shopping behavior.



## Purchase follow-ups

By integrating your ecommerce store with Zoho Campaigns, you can set up follow-up emails for your contacts that are informed by their previous purchases. Send them relevant products, seasonal sale emails, special coupons, and discounts, and maintain customer relationships by keeping them coming back to you for more.

## Cart abandonment follow-ups

The tight integration between the two platforms connects your cart directly with Zoho Campaigns and pulls in your product specifications like name, description, price, image, and more. This helps you automate your cart abandonment emails to your contacts and boost your revenue to a larger scale, especially during the holiday season.

# Understand your email marketing strategy's performance

Put your email marketing workflow into action and analyze your strategy's success with regular reports. Get insights about the number of contacts that entered your workflow, and their path and progress in the workflow so you can optimize your engagement better.



# Marketing automation software that delivers results.

GET STARTED

## More topics you might like to explore

### Drip email marketing or Drip emails

Whys and hows of automated email series

Learn more

### Email workflows

Seven must-use email workflows for marketers

Learn more

