IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PETER PEDERSEN<br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br>    Defendant | Civil Action No. 6:22-cv-00408-ADA |

### CASE READINESS STATUS REPORT

Plaintiff Peter Pedersen ("Pedersen" or "Plaintiff") and Zoho Corporation ("Zoho" or "Defendant"), hereby provide the following Case Readiness Status Report in accordance with the Court's September 16, 2022 Standing Order.

### SCHEDULE

A scheduling order has not yet been filed. A *Markman* date and trial date are not yet proposed.

### FILING AND EXTENSIONS

Plaintiff's Complaint for Patent Infringement (ECF No. 1) was filed on April 22, 2022.

### RESPONSE TO THE COMPLAINT

Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) (ECF No. 6) on September 26, 2022.

### PENDING MOTIONS

Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) (ECF No. 6) is currently pending before this Court.

### RELATED CASES IN THIS JUDICIAL DISTRICT

The following related cases were each filed on April 22, 2022, in the Western District of Texas and share at least one common asserted patent:

1. *Pedersen v. Oracle Corp.*, Case No. 6:22-cv-00410-ADA; and

2. *Pedersen v. Salesforce.com, Inc.*, Case No. 6:22-cv-00409-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted at least claim 1 of U.S. Patent No. 6,965,920.

## APPOINTMENT OF TECHNICAL ADVISER

None at this time.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on October 4, 2022. With the exception of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6), the parties have no pre-Markman issues to raise at the CMC.

Dated: October 4, 2022

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/ Ryan J. Marton*
Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

Ryan J. Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Phillip Haack (*Pro Hac Vice* to be filed*)*
phaack@martonribera.com
Shannon Kumagai (admitted *Pro Hac Vice*)
shannon@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on October 4, 2022.

*/s/ William P. Ramey, III*
William P. Ramey, III
